## DU BOSE v. MERCANTILE BANK & TRUST CO. OF TEXAS.
### No. 2935.

Court of Civil Appeals of Texas. El Paso.
Jan. 18, 1934.

Harry B. Barnhart, of Dallas, for appellant.

Bartlett, Thornton & Montgomery, of Dallas, for appellee.

HIGGINS, Justice.

In this appeal the appellant has not filed assignments of error or briefs. For this reason the appeal is by the court, of its own motion, dismissed. Court of Civil Appeals Rule 38.